United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 05, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No.: 19-32130 |
| | § | |
| **BORIS TWAIN CLEWIS,** | § | Chapter 7 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY UNDER BANKRUPTCY RULE 9019
**[Related to Docket No. 170]**

The Court has considered the Motion to Compromise Controversy Under Bankruptcy Rule 9019 ("Motion") filed by Allison Byman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Boris Twain Clewis (the "Debtor"). The Court finds that (i) the compromise is in the best interest of the estate and its creditors and (ii) adequate notice of the motion has been given to creditors and parties-in-interest in this case Accordingly, it is, therefore, **ORDERED THAT**:

1. The Settlement Agreement (the "Settlement Agreement") attached as Exhibit A is approved.

2. Within fifteen days of entry of this Order, DAN Investments, LLC ("DAN") shall pay the Trustee $70,000.00 and First National Title Insurance Company ("FNTI") shall pay the Trustee $55,000.00 (the "Settlement Payment").

3. Within seven (7) days of receipt of the Settlement Payment, the Trustee, DAN and FNRI shall file a joint notice of dismissal with prejudice of the Adversary.

4. The Trustee is authorized to enter into all documents and take the necessary actions to effectuate the terms of the compromises set forth in the Motion.

5. The Court retains jurisdiction to interpret and enforce the provisions of this Order and the transactions contemplated herein to the maximum extent allowed by law.

Signed: March 05, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge